1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:    (415) 353-0999
4  Facsimile:    (415) 353-0990

5  Attorneys for Defendants City of
   Fairfield, Fairfield Police Department,
6  Rebecca Belk and Michael Ambrose

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   JEROME HILL,                          Case No. 3:15-cv-02380-HSG
12
          Plaintiff,                     **STIPULATION TO TRANSFER VENUE TO THE**
13                                       **EASTERN DISTRICT OF CALIFORNIA,**
                                         **FILLING OF AN AMENDED COMPLAINT  AND**
14 vs.                                   **CONTINUING CASE MANAGEMENT**
                                         **CONFERENCE AND RELATED DEADLINES**
15 FAIRFIELD POLICE DEPARTMENT; CITY     **AND [PROPOSED] ORDER**
   OF FAIRFIELD, a municipal corporation;
16 REBECCA BELK, individually and as a Police
   Officer for the CITY OF FAIRFIELD;    **Date:        CMC September 1, 2015**
17 MICHAEL AMBROSE, individually and as a **Time:        2:00 p.m.**
   Police Officer for the CITY OF FAIRFIELD; **Location:    Courtroom 15**
18 and DOES 1-50,
                                         **Date:        Motion to Dismiss, Sept. 10, 2015**
19        Defendants.
                                         **Hon. Haywood S. Gilliam, Jr.**
20

21

22        Defendants City of Fairfield, acting on behalf of itself and the Fairfield Police Department which

23 is not a legal entity capable of suing or being sued,  and police officers Rebecca Belk and Michael

24 Ambrose filed a Motion to Dismiss and/or alternatively, Motion To Transfer Venue To The Eastern

25 District of California, and Motion to Strike Punitive Damages Claim Against The City, which is

26 scheduled for hearing on Tuesday, September 10, 2015.  This matter also was scheduled by the Court for

27 a Case Management Conference (CMC) on September 1, 2015.

28        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of

record, that pursuant to 28 USC §1391 and 28 U.S.C. § 1406, venue of this case be transferred from this Court in the Northern District of California to the Eastern District of California.  Venue in the Northern District of California is not proper on any of the grounds set forth in § 1391(b).  Plaintiff's complaint shows that none of the defendants are residents in the Northern District of California; all of the alleged events or omissions giving rise to his claims occurred exclusively in Fairfield California, which is situated in the Eastern District of California (Cal. Govt. Code § 23648; 28 U.S.C. § 84); and jurisdiction in the Northern District cannot be justified under Section 1391(b)(3), as this action can, and should, be brought in the Eastern District, thus subsection (b)(3) is inapplicable.  Under Section 1391(b), the Eastern District is the only district in which venue proper for this lawsuit.  (*Ervin v. Judicial Council of California*, 2007 WL 1489255 * 3, C 06-7479 CW (N.D. Cal. 2007).)

Plaintiff also has agreed to amend his complaint in response to defendants' motion to dismiss. Plaintiff shall file his amended complaint within 30 days of the date the Eastern District issues Notice acknowledging the transfer of venue and jurisdiction over this case.  Defendants' responsive pleading shall be filed within 30 days after plaintiff's amended complaint is filed.

The Case Management Conference scheduled for September 1, 2015, and hearing on Defendants' Motion to Dismiss and/or alternatively, Motion To Transfer Venue To The Eastern District of California, and Motion to Strike Punitive Damages Claim Against The City, scheduled for hearing on September 10, 2015, shall be taken off calendar.

IT IS SO STIPULATED:


Dated:  August 25, 2015                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                           By:   */s/Gregory Fox*_____
                                                 Gregory M.  Fox
                                                 Attorneys for Defendants
                                                 City of Fairfield, Fairfield Police Department,
                                                 Rebecca Belk and Michael Ambrose

2

Dated:  August 25, 2015


                                    By:   /s/ Paul Alaga
                                          Lewis Romero
                                          Paul Alaga
                                          Attorneys for Plaintiff
                                          Jerome Hill


        IT IS SO ORDERED.



Dated:  _8/25/2015_                _____
                                   UNITED STATES DISTRICT JUDGE






        **ATTORNEY ATTESTATION**

        I, GREGORY FOX, am the ECF User whose ID and password are being used to file this

STIPULATION AND PROPOSED ORDER. I have obtained concurrence in and authorization of the

filing of this document from Lewis Romero. I shall maintain records to support this concurrence for

subsequent production for the Court if so ordered or for inspection upon request by a party.


Dated:  August 25, 2015                  BERTRAND, FOX, ELLIOT, OSMAN &
                                         WENZEL



                                    By:   /s/ Gregory Fox
                                          Gregory M. Fox
                                          Attorneys for Defendant
                                          City of Fairfield, Fairfield Police Department,
                                          Rebecca Belk and Michael Abrose

STIPULATION  CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND
[PROPOSED] ORDER
*Hill v Fairfield Police Department, et al.* Case No.: 3:15-cv-02380-HSG