1

Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

2

The Waterfront Building
2749 Hyde Street

3

San Francisco, California 94109
Telephone:    (415) 353-0999

4

Facsimile:    (415) 353-0990
Email:         gfox@bfesf.com

5

6

Attorneys for Defendants
City of Fairfield, Fairfield Police Department,

7

Rebecca Belk and Michael Ambrose

8

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

12

JEROME HILL,

Case No. 2:15-cv-01820-MCE-KJN

13

Plaintiff,

**STIPULATION AND ORDER TO EXTEND TIME**

14

vs.

**FOR NON-EXPERT DISCOVERY**

15

16

FAIRFIELD POLICE DEPARTMENT; CITY
OF FAIRFIELD, a municipal corporation;

17

REBECCA BELK, individually and as a Police
Officer for the CITY OF FAIRFIELD;

18

MICHAEL AMBROSE, individually and as a
Police Officer for the CITY OF FAIRFIELD;

Hon. Morrison C. England, Jr**.**

19

and DOES 1-50,

20

Defendants.

21

22

23

Plaintiff JEROME HILL and Defendants FAIRFIELD POLICE DEPARTMENT, CITY OF

24

FAIRFIELD, REBECCA BELK, and MICHAEL AMBROSE by and through their counsel of record,

25

hereby represent to the Court as follows:

26

On March 7, 2016, this Court issued a Pretrial Scheduling Order setting, among other deadlines, a

27

cutoff for fact discovery of December 12, 2016.

28

The parties have made progress in discovery, including exchanging written discovery, deposing

1

STIPULATION CONTINUING NON-EXPERT DISCOVERY CUT-OFF AND ORDER
*Hill v Fairfield Police Department, et al.,* Case No. 2:15-CV-01820-MCE-KJN

1   and scheduling depositions of the parties and a witness officer, completing a medical IME of plaintiff,

2   and setting a psychiatric IME for January 13, 2017.

3          The volume of discovery required, and the schedules of counsel have limited the ability of the

4   parties to complete all necessary fact discovery by the set deadline.  A 90-day extension of time will

5   allow the parties adequate time to conduct full and complete discovery in this case.

6          Therefore, the parties request that the non-expert discovery cutoff now set for December 12, 2016

7   be continued by 90 days to March 13, 2017.

8          IT IS SO STIPULATED:
    Dated:  December 9, 2016                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
9

10

11                                                    By:   */s/Parry A. Black*
                                                            Gregory M.  Fox
12                                                          Parry A. Black
                                                            Attorneys for Defendants
13                                                          City of Fairfield, Fairfield Police Department,
                                                            Rebecca Belk and Michael Ambrose
14

15   Dated:  December 9, 2016

16

17                                                    By:   /s/ *Paul Alaga*
                                                            Lewis Romero
18                                                          Paul Alaga
                                                            Attorneys for Plaintiff
19                                                          Jerome Hill

20

21          IT IS SO ORDERED.

22   Dated:  January 10, 2017

23

24   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION CONTINUING NON-EXPERT DISCOVERY CUT-OFF AND ORDER
*Hill v Fairfield Police Department, et al.,* Case No. 2:15-CV-01820-MCE-KJN