PAUL ALAGA, CASBN 221165
IAN KELLEY CASBN 215393
LEWIS ROMERO, CASBN 197231
885 Bryant Street, Suite 202
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME HILL
Plaintiff,

vs.

FAIRFIELD POLICE DEPARTMENT; CITY OF FAIRFIELD, a municipal corporation; REBECCA BELK, individually and in her official capacity as a Police Officer for the CITY OF FAIRFIELD; MICHAEL AMBROSE, individually and in his official capacity as a Police Officer for the CITY OF FAIRFIELD; and DOES 1-50,
Defendants.
/

Case No. 15-cv-01820 HSG

**STIPULATION TO EXTEND TIME FOR EXPERT DISCOVERY**

**ORDER**

**Date Action filed: May 28, 2015**
**Trial Date: Not Set**

Plaintiff JEROME HILL and Defendants FAIRFIELD POLICE DEPARTMENT, CITY OF FAIRFIELD, REBECCA BELK, and MICHAEL AMBROSE by and through counsel, hereby stipulate and represent to the court the following.

1) That on March 7, 2016 this Court issued a scheduling order setting, *inter alia*, the cutoff for fact discovery for December 12, 2016 and the cutoff for expert discovery on February 13, 2017.

2) On January 11, 2017, this Court, upon the request and stipulation of the parties, extended the cutoff for fact discovery to March 13, 2016.

3) The parties have made significant progress in their base discovery, including the depositions of the parties and percipient witnesses.

4) The plaintiff and defendant, through counsel, have extensively met and conferred regarding a Defendant request for a Rule 35 psychiatric and psychological exam of plaintiff. Although the parties have met and conferred in good faith, they have not been able to reach accord as to certain terms of the proposed exam.

5) The volume of the expert discovery required has limited the parties' ability to complete all the necessary expert discovery within the deadline set. A 90-day extension of time will allow the parties adequate time to conduct full and complete discovery in this case.

6) Extending the deadline for expert discovery will not impact any other dates previously set by this Court; no trial date has been set.

7) Therefore, the parties jointly request that the expert discovery cutoff now set for February 13, 2017, be continued to May 14, 2017.

IT IS SO STIPULATED.

Dated: January 30, 2017

BERTRAND, FOX, et al.

By: /s/ Paul Alaga
Ian Kelley
Paul Alaga
Attorneys for Plaintiff
JEROME HILL

By: /s/ Gregory M. Fox
Gregory M. Fox
Parry A. Black
Attorneys for Defendants
CITY OF FAIRFIELD, FAIRFIELD POLICE DEPARTMENT, REBECCA BELK, and MICHAEL AMBROSE

IT IS SO ORDERED.

Dated: February 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE