UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME HILL<br><br>Plaintiff,<br><br>vs.<br><br>FAIRFIELD POLICE DEPARTMENT; CITY OF FAIRFIELD, a municipal corporation; et al.,<br><br>Defendants.<br>_____/ | **Case No. 2:15-CV-01820-MCE-KJN**<br><br>**ORDER GRANTING JOINT STIPLULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1(A)(ii) |

Based on the Joint Stipulation of the Parties for Voluntary Dismissal with Prejudice, it is hereby ordered that the entire action is dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE